UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR WARREN,<br><br>Plaintiff,<br><br>v.<br><br>JANE DOE,<br><br>Defendant. | Case No. 1:26-cv-01722 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER; AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 12 |

Omar Warren seeks to hold Jane Doe, a registered nurse at Corcoran State Prison, liable for violations of his civil rights, including deliberate indifference to his serious medical needs stemming from an infection in Plaintiff's finger. *See generally* Doc. 1. The magistrate judge screened the complaint and found Warren sufficiently stated a claim for deliberate indifference to serious medical needs in violation of the Eighth Amendment against Jane Doe but stated no other claims that could proceed past screening. Warren was granted leave to file a notice to proceed on his cognizable claims, file a first amended complaint, or file a notice with the Court that he wanted to stand on his complaint. Doc. 9 at 8. Warren did not respond to the Screening Order.

On June 3, 2026, the magistrate judge issued findings and recommendations incorporating the findings of the Screening Order and recommending dismissal, without prejudice, for failure to

prosecute and failure to comply with a court order. Doc. 12. The Court served these findings and recommendations on Warren with a notice that any objections were to be filed within 30 days. *Id.* at 4. The Court informed Plaintiff that a failure to file timely objections "may result in the waiver of rights on appeal." *Id.* at 4 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Warren did not file objections, and the time to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued June 3, 2026 (Doc. 12) are ADOPTED in full.
2. This action is DISMISSED without prejudice, for failure to prosecute and failure to comply with a court order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 29, 2026

UNITED STATES DISTRICT JUDGE